1  John Langdoc, Esq. (SBN 235509)
2  Denyse Clancy, Esq. (SBN 255276)
   Christine Tamer, Esq. (SBN 281812)
3  **BARON & BUDD, P.C.**
   3102 Oak Lawn Avenue, Suite 1100
4  Dallas, Texas  75219
   Telephone: 214/521-3605; 800/222-2766
5  Facsimile: 214/520-1181

6  ATTORNEYS FOR PLAINTIFFS

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10 BARBARA SUTHERLAND, et al.,          ) CASE NO. 3:13-cv-01879-MEJ
                                        )
11         Plaintiffs,                  ) (San Francisco Superior Court Case No.
                                        ) CGC-12-276023)
12 vs.                                  )
                                        )
13 B.R. FUNSTEN AND CO., et al.         )
                                        )
14         Defendants.                  )
                                        )
15 _____  )

16              **ORDER ON PLAINTIFFS' MOTION**
17              **TO WITHDRAW AND SUBSTITUTE COUNSEL**

18        After considering Plaintiffs' Motion to Withdraw and Substitute Counsel, the Court

19 hereby GRANTS Plaintiffs' motion and ORDERS that Jennifer Bartlett of Simon Greenstone

20 Panatier Bartlett, P.C. be substituted as attorney for Plaintiffs in this action and that Baron and

21 Budd P.C. and attorney Denyse Clancy are withdrawn in all regards from further

22 representation of Plaintiffs.

23

24

25 SIGNED ON _____May 10, 2013_____, 2013.

26                                        _____
                                          Presiding
27                                          IT IS SO ORDERED
                                          Judge Maria-Elena James
28

                                   **1**
         ORDER ON PLAINTIFFS' MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL